
AO 442 (Rev. 10/03) Warrant for Arrest



**SEALED**

# United States District Court

DISTRICT OF **Kansas**

UNITED STATES OF AMERICA

v.

TORREY VASHON BANKS

## WARRANT FOR ARREST

CASE NUMBER: 18-40060-DDC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **TORREY VASHON BANKS**
                                                                                Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)
SEALED

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her  (brief description of offense)

Ct. 1 - 18 USC 922(g)(1). Felon in possession of a firearm

in violation of  **18**  United States Code, Section(s)  **922(g)**

| TIMOTHY M. O'BRIEN | s/M. Barnes, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | June 27, 2018     at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |


# United States District Court
## District of Kansas

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

No. 18-40060-DDC

**TORREY VASHON BANKS,**
    Defendant.

## SEALED INDICTMENT

The Grand Jury charges:

### COUNT 1

On February 28, 2018, in the District of Kansas, the defendant,

**TORREY VASHON BANKS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: on December 19, 2002, defendant was convicted of felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(3)(1), in the United States District Court for the District of Colorado, case no. 02-CR-0109-D, a felony offense, did knowingly possess in and affecting

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

## A TRUE BILL.

June 27, 2018
DATE

s/ Foreperson
FOREMAN OF THE GRAND JURY

s/*Gregory G. Hough*, #12860
Assistant United States Attorney
for Stephen R. McAllister
United States Attorney
District of Kansas
444 S.E. Quincy
Topeka, KS. 66683



ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date Filed 6/27/18
Clerk, U.S. District Court
By _____ Deputy Clerk

[It is requested that trial be held in Topeka, Kansas]

SEALED

PER 18 U.S.C. 3170

639404

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. 18-40060-DDC

Matter Sealed: ☐ Juvenile ☒ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☒ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: TORREY VASHON BANKS
Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
Topeka Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
☐ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): Gregory G. Hough, AUSA

☐ Interpreter Required Dialect: ___
Birth Date: [REDACTED]
☒ Male ☐ Female ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Steven Waters, ATF

Social Security Number [REDACTED]

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Topeka, Kansas  County: Shawnee

**DEFENDANT**

Issue: ☒ Warrant ☐ Summons

Location Status:
Arrest Date ___ or Date Transferred to Federal Custody ___

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☒ Currently on bond
☐ Fugitive

Defense Counsel (if any): ___
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

2018 JUN 27 PM 3:16

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 USC 922(g)(1) | Felon in posession of a firearm | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |