AO 442 (Rev. 10/03) Warrant for Arrest



SEAL

# United States District Court

**DISTRICT OF**     **Kansas**

UNITED STATES OF AMERICA

V.

TORREY VASHON BANKS

## WARRANT FOR ARREST

18-mj-1138-KLM

**CASE NUMBER:** 18-40060-DDC

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:36 pm, Jul 26, 2018*
**JEFFREY P. COLWELL, CLERK**

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **TORREY VASHON BANKS**

Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)
SEALED

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her    (brief description of offense)

Ct. 1 - 18 USC 922(g)(1): Felon in possession of a firearm

2018 JUN 27 P 3: 16

in violation of     **18**     United States Code, Section(s)     **922(g)**

| TIMOTHY M. O'BRIEN | s/M. Barnes, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | June 27, 2018     at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant   Torrey Banks |

COPY

| DATE RECEIVED 7-11-18 | NAME AND TITLE OF ARRESTING OFFICER Loretta Sanchez | SIGNATURE OF ARRESTING OFFICER *Loretta Sanchez* |
|---|---|---|
| DATE OF ARREST 7-25-18 | | |