IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 18-mj-01138-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TORREY VASHON BANKS,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Robert_Pepin@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

     I hereby certify that on July 27, 2018, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Martha A. Paluch, Assistant United States Attorney
E-mail:  martha.paluch@usdoj.gov

     I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Torrey Vashon Banks  (via U.S. mail)
Register No.  31032-013
c/o FDC - Englewood

                                            s/ Robert W. Pepin
                                            ROBERT W. PEPIN
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, CO  80202
                                            Telephone:  (303) 294-7002
                                            FAX:  (303) 294-1192
                                            Robert_Pepin@fd.org
                                            Attorney for Defendant