# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    **PLAINTIFF,**

**vs.**              Case No. 18-cr-40060-DDC

**TORREY VASHON BANKS,**
    **DEFENDANT.**

### GOVERNMENT'S MOTION FOR REVIEW AND FOR STAY (RE: 18 U.S.C. § 3145(a))

**COMES NOW**, the United States of America, by and through Special Assistant United States Attorney Skipper Jacobs, for Greg Hough, Assistant United States Attorney, and requests the Court stay the release order issued on July 31, 2018 in the District of Colorado, and schedule a hearing for a review of the defendant's conditions of release. In support, the government offers the following.

Pursuant to Title 18, United States Code, Section 3145(a), if a person is released by a magistrate judge, or a person other than a judge of a court having original jurisdiction over the offense, the attorney for the Government may file with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release.

In the instant matter, on June 27, 2018, a federal Grand Jury in the

1

District of Kansas returned an Indictment charging the above-captioned defendant charging that the defendant did possess a firearm while a prohibited person. (Doc. 1). On July 25, 2018 the defendant was arrested on the government's warrant in the District of Colorado. Aslo on July 25, 2018, the defendant was brought before United States Magistrate Judge Nina Y. Wang for Rule 5 proceedings in District of Colorado. The corresponding case number in the District of Colorado is 18-mj-01138-KLM.

On July 30, 2018, the defendant was present in the District of Colorado for identity and detention hearings. (18-mj-01138-KLM, Doc. 8). The defendant waived the identity hearings and the parties submitted facts and arguments on the government's motion for detention. (18-mj-01138-KLM, Doc. 8). On July 31, 2018, Honorable Magistrate Judge Wang issued a written order denying the government's motion for detention. (18-mj-01138-KLM, Doc. 9). The Court stay its decision *sua sponte* for three business days to permit the United States Probation Office to conduct a home inspection or, alternatively, for the government to file an appeal. (18-mj-01138-KLM, Doc. 9 at 6). The matter is set for a bond release hearing in the District of Colorado on August 6, 2018.

Pursuant to 18 U.S.C. § 3145, the United States seeks *de novo* review and appeal of the denial of the government's motion for detention before this Court. The government assess that the defendant poses a risk of non-appearance and danger to the community that cannot be mitigated by conditions of release. The government further seeks a hearing on the matter to present evidence in support

of its appeal.

**WHEREFORE**, the Government respectfully requests this Court Stay the Order denying the government's motion for detention.

**IT IS FURTHER REQUESTED** that the defendant be remanded to the custody of the United States Marshal Service and transported forthwith to the District of Kansas.

**IT IS FURTHER REQUESTED** that upon the defendant's arrival to the District of Kansas that counsel for the United States shall notify the court and the matter be set for a review hearing thereafter.

Respectfully submitted,

s/<u>Skipper S. Jacobs</u>
Skipper S. Jacobs, #26848
Special Assistant U.S. Attorney
FOR: Greg Hough
Assistant United States Attorney
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Skipper.jacobs@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2018, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to counsel of record upon appointment. A copy will be forwarded to the United States Attorney for the District of Colorado.

                                              s/Skipper S. Jacobs
                                              Skipper S. Jacobs, #26848
                                              Special Assistant United States Attorney

4