**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.  18-mj-01138-KLM**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.  TORREY VASHON BANKS**

    **Defendant.**

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to stay the order of release, and the having considered the same,

IT IS HEREBY ORDERED that the Order Denying Motion for Detention is further stayed for a period of __ days to allow the District of Kansas to consider the Government's motion to review the order of release.

Dated:  ____ day of August, 2018

                                         BY THE COURT:

                                         Magistrate Judge