# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  18-mj-01138-KLM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.  TORREY VASHON BANKS

    **Defendant.**

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government to stay the order of release, and the having considered the same,

IT IS HEREBY ORDERED that the Order Denying Motion for Detention is further stayed to allow the District of Kansas to consider the Government's motion to review the order of release.  To the extent that the United States District Court for the District of Kansas rules that Defendant should be released on bond, the Parties should contact this court within 1 business day to set a bond release hearing.

Dated: <u>6th</u> day of August, 2018

BY THE COURT:

_____
Magistrate Judge