**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  18-mj-01138-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TORREY VASHON BANKS

    Defendant.

---

**UNITED STATES' NOTICE OF ORDER AND MOTION FOR ORDER OF
COMMITMENT TO ANOTHER DISTRICT**

---

    The United States of America, by and through Judith A. Smith, Assistant United States Attorney (the "Government"), hereby notifies the court of a an order issued by the District of Kansas and respectfully moves the court to issue an order of commitment to another district.

    On June 27, 2018, a federal Grand jury in the District of Kansas District of Kansas returned an Indictment charging the above-captioned defendant with possession of a firearm by a prohibited person.  *United States v. Banks*, 18-cr-40060-DDC, D. Kansas, Doc. 1. On July 25, 2018 the defendant was arrested on the Government's warrant in the District of Colorado. On July 25, 2018, the defendant was brought before the honorable United States Magistrate Judge Nina Y. Wang for Rule 5 proceedings in District of Colorado.

    On July 31, 2018, Honorable Magistrate Judge Wang issued a written order denying the government's motion for detention. Doc. 9. The order stated that the decision was stayed for three business days to permit the United States Probation Office to conduct a home inspection or,

1

alternatively, for the government to file an appeal. Doc. 9 at 6.  On August 2, 2018, the Government filed a motion for review and for stay of the order with the United States District Court for the District of Kansas.  18-cr-40060, Doc. 4.  On August 2, 2018, the Honorable Magistrate Judge Nina Y. Wang granted the motion and stayed the order denying the motion for detention. Doc.

Today, the United States District Court for the District of Kansas granted the Government's motion and stayed the order denying the motion for detention. 18-cr-40060-DDC, Doc. 5 (attached).  It also ordered the Defendant's remand to the custody of the United States Marshal Service for transport to the District of Kansas.

Accordingly, the Government requests that the court grant its motion for an order of commitment to the District of Kansas.

Respectfully submitted this 7th day of August, 2018.

>ROBERT C. TROYER
>United States Attorney
>
>*s/ Judith A. Smith*
>Assistant United States Attorney
>United States Attorney's Office
>1801 California St., Ste. 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Fax: (303) 454-0406
>E-mail:  Judith.Smith3@usdoj.gov
>Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2018, I electronically filed the foregoing **UNITED STATES' NOTICE OF ORDER AND MOTION FOR ORDER OF COMMITMENT TO ANOTHER DISTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Robert Pepin, Robert_Pepin@fd.org

    *s/ Judith A. Smith*
    Assistant United States Attorney
    United States Attorney's Office
    1801 California St., Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0406
    E-mail: Judith.Smith3@usdoj.gov
    Attorney for the United States
    usdoj.gov
    Attorney for Government