# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
                **PLAINTIFF,**

**vs.**                                              Case No. 18-40060-01-DDC

**TORREY VASHON BANKS,**
                **DEFENDANT.**

### ORDER

On the 7th day of August 2018, the United States of America, by and through Special Assistant United States Attorney Skipper Jacobs, for Greg Hough, Assistant United States Attorney, came before the court on a Motion for Stay and Review of the denial of a motion for detention in the above-captioned case. The court being fully advised of the premises finds the motion should be granted.

**IT IS THEREFORE ORDERED** that the order denying the government's motion for detention is stayed.

**IT IS FURTHER ORDERED** that defendant be remanded to the custody of the United States Marshal Service and transported forthwith to the District of Kansas.

**IT IS FURTHER ORDERED** that upon the defendant's arrival to the District

1

of Kansas that counsel for the United States shall notify the court and the matter be set for a review hearing thereafter.

Dated this 7th day of August, 2018.

s/ Daniel D. Crabtree
DANIEL D. CRABTREE
UNITED STATES DISTRICT JUDGE

2