#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-mj-01138-KLM

United States of America,

    Plaintiff,

v.

Torrey Vashon Banks,

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This matter comes before the court on Defendant Torrey Banks's ("Defendant" or "Mr. Banks") Motion for Stay of Commitment to Another Jurisdiction and/or Transfer Pending Appeal of District Court's Detention Order (the "Motion"). [#20]. Mr. Banks requests a ten-day stay of the Honorable Daniel D. Crabtree's Order remanding Mr. Banks to the custody of the United States Marshals Service and transporting Mr. Banks to District of Kansas for detention. *See* [*id.* at 6]. The reason for the stay being to allow Mr. Banks sufficient opportunity to examine the possibility of appealing Judge Crabtree's Order. [*Id.*].

    In reviewing the Order from the United States District Court for the District of Kansas [#15-1], it is not clear to this court that the presiding judge has ordered pretrial detention. But more importantly to this instant matter, it is clear that Judge Crabtree has ordered Defendant to be remanded to the custody of the United States Marshal and transported to the District of Kansas, which is typically accomplished with a Commitment to Another District. [*Id.*]. Defendant cites no authority that this magistrate judge has any remaining jurisdiction over Defendant, or the authority to take any action that appears to run contrary to Judge Crabtree's Order.

    Accordingly, **IT IS ORDERED** that:

(1)     The Government shall file its Response by close of business tomorrow, **August 10, 2018, specifically addressing the issue of jurisdiction and authority (or lack thereof) to stay the Commitment to Another District**; and

(2)     Given this Magistrate Judge's role in the detention hearing for Defendant, the Clerk of the Court shall have this matter reassigned to Magistrate Judge Wang.

DATED: August 9, 2018